UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
PEDRO ALARCON,

                Plaintiff,

    -against-                             MEMORANDUM AND ORDER
                                                09-CV-5634(JS)(AKT)

83RD PRECINCT,

                Defendant.
----------------------------------------X
APPEARANCES:
For Plaintiff:       Pedro Alarcon, Pro Se
                    120 Menahan Street
                    Brooklyn, NY 11221

For Defendants: No appearances

SEYBERT, District Judge:

        By Memorandum and Order dated January 20, 2010, the Court dismissed the pro se Complaint of Pedro Alarcon ("Plaintiff") against the "83rd Precinct" and granted Plaintiff until February 22, 2010 to file an Amended Complaint. The Court warned Plaintiff that the failure to submit an Amended Complaint within that time period will result in the dismissal of the Complaint with prejudice, and the case will be closed.

        Pursuant to the January 20, 2010 Memorandum and Order, Plaintiff was required to file his Amended Complaint with the Court on or before February 22, 2010. To date, Plaintiff has not filed an Amended Complaint or otherwise communicated with the Court. Given Plaintiff's failure to timely file an Amended Complaint, the Complaint is dismissed with prejudice. The Clerk of the Court is directed to close this case.

                                        SO ORDERED.

                                        /s/ JOANNA SEYBERT
                                        Joanna Seybert, U.S.D.J.

Dated:      March   9  , 2010
            Central Islip, New York